**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BERTRAM ROGERS and | § | |
| JESSICA ROGERS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-3872-M-BK |
| | § | |
| THE BANK OF NEW YORK | § | |
| MELLON fka THE BANK OF NEW | § | |
| YORK AS TRUSTEE FOR THE | § | |
| CERTIFICATE HOLDERS OF CWABS, | § | |
| INC. ASSET-BACKED CERTIFICATES, | § | |
| SERIES 2004-2 and BANK OF | § | |
| AMERICA N.A., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendants' *Motion to Dismiss* (Doc. 4) is **GRANTED** as to all claims. Plaintiffs made an alternative request for leave to amend, and filed an amended complaint (Doc. 11) on March 1, 2013, which the Court will consider and to which Defendants should respond.

SO ORDERED this 11th day of March, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS